**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                              CHAPTER 13 NO.:

**GARRY E. SANFORD**                                           14 – 00526 – NPO

**RULE 3011 LIST OF UNCLAIMED FUNDS,
CLAIMANTS AND AMOUNTS**

      COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Garry E. Sanford | 124 Sara Drive<br>Brandon, MS 39042 | $2,619.59 |

      THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtors schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

      WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

      Dated:   August       23      , 2019

      Respectfully submitted,

      /s/Harold J. Barkley, Jr.
      HAROLD J. BARKLEY, JR. – MSB #2008
      CHAPTER 13 TRUSTEE
      POST OFFICE BOX 4476
      JACKSON, MS 39296-4476
      PHONE: 601/362-6161 FAX: 601/362-8826
      E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee                           Hon. Charles C. Julian, Jr.
ustpregion05.ja.ecf@usdoj.gov                       charliejulian@yahoo.com

Garry E. Sanford
124 Sara Drive
Brandon, MS 39042

Dated:   August      23     , 2019

      /s/Harold J. Barkley, Jr.
      HAROLD J. BARKLEY, JR.